**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRIAN DOLCE, et al.,

     Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,

     Defendant(s).

Case No. 2:22-cv-001434-RFB-NJK

**ORDER**

On October 5, 2023, the parties filed a notice of settlement. Docket No. 22. Dismissal papers must be filed by May 10, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge